UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CLARK, et al., | Case No. 2:17-cv-00745-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| GEICO CASUALTY COMPANY, | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 19, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: May 12, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge