McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard, Esq.
Nevada Bar No. 8104
   wade.hansard@mccormickbarstow.com
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
   jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CLARK, an individual, | CASE NO. 2:17-cv-00745-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GEICO CASUALTY COMPANY; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own costs and attorneys' fees.

DATED this 15th day of Nov., 2017

BERNSTEIN & POISSON

By _____
Scott L. Poisson, Nevada Bar No. 10188
Brian M. Boyer, Nevada Bar No. 12185
320 S Jones Blvd.
Las Vegas, NV 89107
Tel. (702) 877-4878

Attorneys for Plaintiff

DATED this 13 day of November, 2017

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By _____
        Wade M. Hansard, Nevada Bar No. 8104
        Jonathan W. Carlson, Nevada Bar No. 10536
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

        Attorneys for Defendant

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED November 14, 2017.

        By _____
        UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED this 13 day of November, 2017

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By _____
        Wade M. Hansard, Nevada Bar No. 8104
        Jonathan W. Carlson, Nevada Bar No. 10536
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

        Attorneys for Defendant

4760324.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2

2:17-cv-00745-JCM-NJK

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE